**Order entered November 16, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-00621-CR
No. 05-22-00622-CR
No. 05-22-00623-CR

## WILSON ALEJANDRO MONTOYA, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause Nos. F19-00780-I, F19-00781-I & F19-00779-I**

### ORDER

Before the Court is the November 14, 2022 request of court reporter Vicki L. Tuck for a second extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **December 12, 2022**. We caution Ms. Tuck that further extensions will be disfavored.

/s/     LANA MYERS
        JUSTICE